**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| GARY L. CARLTON & <br> BOBBY A. LEVESQUE, <br><br> Plaintiffs, <br><br> v. <br><br> THE PRUDENTIAL INSURANCE CO. <br> OF AMERICA, <br><br> Defendant & Third-Party Plaintiff, <br><br> v. <br><br> ASHLEY CROSS, <br><br> Third-Party Defendant. | ) <br> ) <br> ) <br> ) <br> ) Docket no. 2:08-cv-170-P-S <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 22 & 67,**
**LOCAL RULE 67.2 & 28 U.S.C. §§ 1335 & 2361**

Before the Court is a Petition to Deposit Funds with the Clerk (Docket # 17) by Defendant & Third-Party Plaintiff Prudential Insurance Company of America ("Prudential"). Plaintiffs filed no objection to the Motion. Third-Party Defendant Ashley Cross filed a response indicating she had no objection but reserved the right to later object to any fees and expenses that that Court might ordered to be paid from the corpus of the funds deposited with the Court. (See Response (Docket # 18).) Therefore, Prudential's Petition (Docket # 17) is hereby GRANTED WITHOUT OBJECTION.

2

The Court notes that it has jurisdiction over this action pursuant to 28 U.S.C. § 1331.  The Court finds no just reason to delay allowing Prudential to deposit the death benefit relating to the death of its insured, Keith Wood, payable under Service Members' Group Life Insurance Policy No. G-32000 plus applicable claim interest (the "Proceeds"), into an interest bearing account.  In accordance with this finding, 28 U.S.C. §§ 1335 & 2361 as well as Federal Rule of Civil Procedure 22 and 67 and Local Rule 67, it is hereby ORDERED:

1. That Prudential deposit the Proceeds into the Court's registry, by check payable to Clerk, U.S. District Court.

2. The name and address of the financial institution into which the Proceeds are to be deposited is:  Bank of America.

3. The Proceeds will be deposited into a money market savings account.

4. The Clerk is directed to deduct from the income earned on the Proceeds deposited or invested a fee in the amount of ten percent (10%) of the income earned, whenever such income becomes available for such deduction and without further order of Court.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 21st day of August, 2008.